888

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN JOSE PEQUE, Also Known as JUAN JOSE PEQUE SICAJAN, Appellant.

Submitted November 5, 2012; decided November 19, 2012

Motion for assignment of counsel granted and Melissa A. Latino, Esq., 45 Hudson Ave., PO Box 1776, Albany, New York 12207 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LANCE J. REED, Appellant.

Submitted November 13, 2012; decided November 19, 2012

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RODRIGUEZ, Appellant.

Submitted October 29, 2012; decided November 19, 2012

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS SANTIAGO, JR., Appellant.

Submitted November 13, 2012; decided November 19, 2012

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.